# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10397

_____

FU JING WU,
a.k.a. Leo Wu,

                                              Plaintiff-Appellant,

*versus*

CHUN LIU,
individually and on behalf of all others
similarly situated,

                                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-21541-KMW

_____

Before W<small>ILSON</small> and G<small>RANT</small>, Circuit Judges.

BY THE COURT:

Chun Liu's motion to dismiss this appeal for lack of jurisdiction is CARRIED WITH THE CASE. A final determination regarding the motion to dismiss will be made by the panel to whom this case is submitted after briefing on the merits is completed. In their merits briefs, the parties are not required to discuss the jurisdictional issue in great detail, but they may address it as they deem necessary or appropriate.